# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ROBERT C. MEADS, JR.

NO. 2022 KW 1123

**JANUARY 17, 2023**

---

In Re:    Robert C. Meads, Jr., applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 290,742.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT